# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

138096

PAL PROPERTIES, L.L.C.,
      Plaintiff-Appellant,

v

TICOR TITLE INSURANCE COMPANY,
      Defendant-Appellee,
and

CONSOLIDATED TITLE SERVICES, L.L.C.,
PIETRO LORIA, THOMAS MASTACUSA, and
MARK CHAVES,
      Defendants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138096
COA: 280389
Oakland CC: 2006-073149-CK

On order of the Court, the application for leave to appeal the December 9, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

0527

Clerk